# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SVETLANA HAKOPYAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE NEIMAN MARCUS GROUP LLC, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-06937-SPG (MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [ECF NO. 13]** |

　　The Court, having considered the parties' Stipulation to Remand (ECF No. 13 ("Stipulation")), and finding good cause therefor, hereby **GRANTS** the Stipulation, orders the matter be remanded to the Los Angeles Superior Court, and directs the Clerk of Court to close the case. Plaintiff's Motion to Remand the case to Los Angeles Superior Court (ECF No. 11), is hereby **DENIED**, as moot.

　　**IT IS SO ORDERED.**

Dated: September 30, 2024

　　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE